UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

In re:

CYPRESS HEALTH SYSTEMS FLORIDA, INC., d/b/a TRI COUNTY HOSPITAL – WILLISTON, f/d/b/a NATURE COAST REGIONAL HOSPITAL,

　　　　Debtor.
_____/

CYPRESS HEALTH SYSTEMS FLORIDA, INC., d/b/a TRI COUNTY HOSPITAL – WILLISTON, f/d/b/a NATURE COAST REGIONAL HOSPITAL,

　　　　Plaintiff,

　　v.

KIM B. BIRD; and TONY L. PFAFF,

　　　　Defendants.
_____/

Chapter 11

Case No. 1:12-bk-10431-KSJ

Adv. Pro. No. 1:13-ap-1006-KSJ

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1, the undersigned counsel for Cypress Health Systems Florida, Inc. in the above-captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests:

　　Mid-Florida Healthcare Holdings, Inc.
　　676 SE 47th Loop
　　Ocala, Florida 34474

DATED: May 17, 2013

/s/ Elena Paras Ketchum
Elena Paras Ketchum
Florida Bar No. 0129267
STICHTER, RIEDEL, BLAIN &
 PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
ATTORNEYS FOR DEBTOR
eketchum@srbp.com